NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RICHARD LEE ESTES,                      )
                                        )
            Appellant,                  )
                                        )
v.                                      )        Case No. 2D16-2283
                                        )
KIMBERLY JO ESTES,                      )
                                        )
            Appellee.                   )
_____ )

Opinion filed February 7, 2018.

Appeal from the Circuit Court for Lee
County; John S. Carlin, Judge.

Richard Lee Estes, pro se.

Kimberly Jo Estes, pro se.


PER CURIAM.


            Affirmed.


NORTHCUTT, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.